1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| H. FRANCE, | **CASE NO: SACV08-990 JVS (MLGx)** |
| Plaintiff, | [~~PROPOSED~~] **PROTECTIVE ORDER REGARDING PLAINTIFF'S MEDICAL RECORDS** |
| vs. | |
| CHARLES F. LESKO, an individual; ON SEMICONDUCTOR CORPORATION, a corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

**[PROPOSED] ORDER**

The terms of the Stipulation for Protective Order Regarding Plaintiff's Medical Records filed concurrently herewith are hereby approved and adopted.

**IT IS SO ORDERED.**

Date: February 5, 2009

                         MARC L. GOLDMAN
                         UNITED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

**CASE NAME:** H. FRANCE v. CHARLES LESKO and ON SEMICONDUCTOR CORP.

**CASE NO.** SACV08-990 JVS (MLGx)

 I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: 5000 Birch Street, Suite 5000, Newport Beach, CA 92660.

 On February 4, 2009, I served the foregoing document(s) described as:

**[PROPOSED] PROTECTIVE ORDER REGARDING PLAINTIFF'S MEDICAL RECORDS**

by transmitting a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Robert C. Robinson, Esq.<br>QUEST LAW FIRM<br>315 Centennial Way<br>Tustin, CA 92780-3714 | Marc Hines, Esq.<br>Hines Smith Carder Leasure<br>3080 Bristol Street, Suite 540<br>Costa Mesa, CA 92626 |

☒ **BY MAIL**

 I deposited such envelope in the mail at Newport Beach, California. The envelope was mailed with postage thereon fully prepaid.

 As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY NOTICE OF ELECTRONIC FILING**. The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

☒ **FEDERAL** I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

 Executed on February 4, 2009 at Newport Beach, California.

            /s/Diane Armstrong
            DIANE ARMSTRONG