1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

11
12  H. FRANCE,

13         Plaintiff,

14     vs.

15
16  CHARLES F. LESKO, an individual; ON
    SEMICONDUCTOR CORPORATION,
17  a corporation; and DOES 1 through 10,
    inclusive,
18
19         Defendants.
20
21
22
23
24
25
26
27
28

**CASE NO: SACV08-990 JVS (MLGx)**

**[~~PROPOSED~~] ORDER ON STIPULATION FOR PROTECTIVE ORDER REGARDING PERSONAL CORRESPONDENCE WITH NON-PARTY VAHID MANIAN**

Complaint Filed: July 11, 2008
Trial Date: December 1, 2009

1
**[PROPOSED] ORDER**

**PROPOSED ORDER:**

The terms of the Stipulation for Protective Order Regarding Personal Correspondence With Non-Party Vahid Manian filed concurrently herewith are hereby approved and adopted.

**IT IS SO ORDERED.**

Dated: April 7, 2009

_____
MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

**CASE NAME:** H. FRANCE v. CHARLES LESKO and ON SEMICONDUCTOR CORP.

**CASE NO.** SACV08-990 JVS (MLGx)

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: 5000 Birch Street, Suite 5000, Newport Beach, CA 92660.

On April 3, 2009, I served the foregoing document(s) described as:

**[PROPOSED] ORDER ON STIPULATION FOR PROTECTIVE ORDER REGARDING PERSONAL CORRESPONDENCE WITH NON-PARTY VAHID MANIAN**

by transmitting a true copy thereof enclosed in a sealed envelope addressed as follows:

| Robert C. Robinson, Esq.<br>QUEST LAW FIRM<br>315 Centennial Way<br>Tustin, CA 92780-3714 | Marc Hines, Esq.<br>Hines Smith Carder Leasure<br>3080 Bristol Street, Suite 540<br>Costa Mesa, CA 92626 |
|---|---|

☒ **BY NOTICE OF ELECTRONIC FILING**. The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

☒ **FEDERAL** I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 3, 2009 at Newport Beach, California.

/s/Diane Armstrong
DIANE ARMSTRONG