JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| H. France,<br><br>            Plaintiff,<br><br>     v.<br><br>Charles F. Lesko, et al.,<br><br>            Defendant(s).<br>_____ | SACV 08-00990-JVS(MLGx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

   IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED:   July 27, 2009

_____
James V. Selna
United States District Judge